IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| ANTONIO DEMETRIUS STANLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 306-098 |
| | ) |
| MICHAEL A. MORRISON, Clerk of | ) |
| Court, Superior Court of Wheeler County, | ) |
| | ) |
| Defendant. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's complaint is **DISMISSED** for failure to state a claim upon which relief can be granted, and this civil action shall be **CLOSED**.

SO ORDERED this 9th day of April, 2007.

JOHN F. NANGLE
UNITED STATES DISTRICT JUDGE