# United States District Court
## Southern District of Georgia

ANTONIO DEMETRIUS STANLEY,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV306-098

MICHAEL A. MORRISON, Clerk of
Court, Superior Court of Wheeler County,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the order of this Court Entered on April 9, 2007, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the plaintiff's complaint is DISMISSED and this civil action stands CLOSED.

April 10, 2007
Date

Scott L. Poff
Clerk

*Cindy Adams*
(By) Deputy Clerk